AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-21 |
| AUSTIN BRENDLEN HARRIS | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DOB: XXXXXX | ) Assign. Date: 1/23/2023 |
| | ) Description: Complaint with Arrest Warrant |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;

18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;

40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;

40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

X  Continued on the attached sheet.

*M L Tarducci*
_____
*Complainant's signature*

Matthew Tarducci, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ____01/23/2023____

_____
*Judge's signature*

City and state: ____Washington, D.C.____   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*