UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      CASE NO. 1:23-mj-00021-ZMF

v.

AUSTIN BRENDLEN HARRIS

        Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that SCOTT WEINBERG, ESQ., hereby enters this Notice of Appearance on behalf of the Defendant, AUSTIN BRENDLAN HARRIS, in the above-styled cause as trial counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 31, 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

                                   Respectfully submitted,

                                   Suarez, Rios & Weinberg, P.A.
                                   Attorney for Defendant
                                   265 E Marion Ave., Ste 114
                                   Punta Gorda, FL 33950
                                   Telephone: (941) 575-8000
                                   Facsimile: (941) 575-8888
                                   E-mail: Scott@bsrlegal.com


                                   By /s/ *Scott Weinberg*
                                   Scott Weinberg
                                   Fla. Bar No. 71109