UNITED STATES DISTRICT COURT
THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA                CASE NO. 1:23-mj-00021-ZMF

v.

AUSTIN BRENDLEN HARRIS

    Defendant.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that CONNOR MARTIN, ESQ., hereby enters this Notice of Appearance on behalf of the Defendant, AUSTIN BRENDLAN HARRIS, in the above-styled cause as trial counsel.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 2, 2023, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to all interested parties, including the Office of the United States Attorney.

Respectfully submitted,

Suarez, Rios & Weinberg, P.A.
Attorney for Defendant
265 E Marion Ave., Ste 114
Punta Gorda, FL 33950
Telephone: (941) 575-8000
Facsimile: (941) 575-8888
E-mail: Scott@bsrlegal.com

By /s/ Connor Martin
    Connor Martin
    Fla. Bar No. 1031925